UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
---------------------------------------------------------x

UNITED STATES OF AMERICA

   -v-                                                                                           No. 16-CR-397-LTS

HAROLD HILL,

        Defendant.

---------------------------------------------------------x

<u>ORDER</u>

        The Court has received Defendant's motion for compassionate release pursuant to 18 U.S.C. § 3582(c)(1)(A)(i). (Docket Entry No. 374.) The Government must file its written response to the foregoing application by **April 10, 2020, at 4:00 p.m.** A complete, unredacted courtesy copy must be provided to defense counsel and emailed to Chambers via SwainNYSDCorresp@nysd.uscourts.gov. Any reply, which must state whether the defendant, after consultation with counsel, consents to waive his appearance for a telephonic hearing to be conducted by the Court with counsel, must be filed by **April 14, 2020, at 5:00 p.m.**

        Medical or other confidential personal information may be redacted from the versions filed on ECF of the parties' submissions. The parties must deliver unredacted copies of any redacted filings to the drop box located in the lobby of the Daniel Patrick Moynihan

Courthouse as soon as is practicable after the COVID-19 pandemic local travel restrictions are lifted, and in any event no later than July 17, 2020.

    SO ORDERED.

Dated: New York, New York
       April 7, 2020

                                              ___/s/ Laura Taylor Swain_____
                                              LAURA TAYLOR SWAIN
                                              United States District Judge

HAROLD HILL - ORD RE MTN FOR COMPASSIONATE RELEASE BRIEFING SCHEDULE.DOCX      VERSION APRIL 7, 2020
2