UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-------------------------------------------------------------------x

UNITED STATES OF AMERICA,

                     - against -                              Order
                                                          **16 CR 397 (LTS)**

Harold Hill,
                              Defendant.

-------------------------------------------------------------------x

Laura Taylor Swain, U.S.D.J.

Upon the application of the defendant, **Harold Hill  Id No. 91134-054** through his attorney, Susan J. Walsh of Vladeck Raskin & Clark, PC  for Compassionate Release or in the alternative for Release to Home Confinement/House Arrest for the remainder of his sentence pursuant to the CARES ACT and for other good cause having been shown:

       Wherefore Harold Hill has moved this Court on the basis of his heightened risk for serious complications should he contract the COVID-19 virus, and

       Wherefore Harold Hill is currently incarcerated and unable to transmit a release form through counsel, and

       Wherefore time is of the essence; and

**It is hereby ORDERED THAT**

notwithstanding any provision of the Health Insurance Accountability and Portability Act of 1996, any medical provider to Mr. Hill shall immediately disclose to his counsel, Susan J. Walsh. any and all records in its possession relating to Mr. Hill.

SO ORDERED.

Dated: New York, New York
April 10, 2020

                                      _/s/ Laura Taylor Swain
                                       THE HONORABLE LAURA TAYLOR SWAIN
                                       UNITED STATES DISTRICT JUDGE
                                       SOUTHERN DISTRICT OF NEW YORK