UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-------------------------------------------------------x

UNITED STATES OF AMERICA

    -v-                                                             No.  16-CR-397-LTS

HAROLD HILL,

        Defendant.

-------------------------------------------------------x

## ORDER

The Court has received Defendant's second motion for compassionate release pursuant to 18 U.S.C. § 3582(c)(1)(A)(i).  (Docket Entry No. 382.)  The Government must file its written response to the foregoing application by May 14, 2020, at 4:00 p.m.  A complete, unredacted courtesy copy must be provided to defense counsel and emailed to Chambers via SwainNYSDCorresp@nysd.uscourts.gov.  Any reply, which must state whether the defendant, after consultation with counsel, consents to waive his appearance for a telephonic hearing to be conducted by the Court with counsel, must be filed by May 19, 2020, at 5:00 p.m.

Medical or other confidential personal information may be redacted from the versions filed on ECF of the parties' submissions.  The parties must deliver unredacted copies of any redacted filings to the drop box located in the lobby of the Daniel Patrick Moynihan

Courthouse as soon as is practicable after the COVID-19 pandemic local travel restrictions are lifted, and in any event no later than July 17, 2020.

    SO ORDERED.

Dated: New York, New York
      May 6, 2020

                                                        /s/ Laura Taylor Swain
                                                       LAURA TAYLOR SWAIN
                                                       United States District Judge