UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-------------------------------------------------------x

UNITED STATES,

    -v-                                             No. 16 CR 397-LTS

HAROLD HILL,

        Defendant.

-------------------------------------------------------x

## ORDER

The Court has received the attached letter from Mr. Hill's mother, requesting Mr. Hill's release from custody. The Court does not entertain applications from non-lawyers on behalf of parties to matters that are before the Court. The application is therefore denied without prejudice to any application that Mr. Hill or his counsel may decide to make. Chambers will mail copies of this order to Mr. Hill and Ms. Hill.

    SO ORDERED.

Dated: New York, New York
       June 16, 2020

                                                                         __/s/ Laura Taylor Swain_____
                                                                       LAURA TAYLOR SWAIN
                                                                       United States District Judge

**Copies mailed to:**
Harold Hill
# 91134-054
FCI Terre Haute
Federal Correctional Institution
P.O. Box 33
Terre Haute, IN 47808

Renee Hill
232 Mount Baldy Drive
Parkton, NC 28371

RECEIVED JUN 15 2020 CHAMBERS OF LAURA TAYLOR SWAIN U.S.D.J.

5/27/20

Hon. Laura Taylor Swain
U.S. District Court
Southern District of New York

My name is Renee' Hill I am the mother of Harold Hill 91134-054 3582 I once sat in your court room to witness the sentence you hand down or punishment. Harold is a very sick man with a serious Respiratory condition taken multiple medication daily I am writing you this letter to reach your heart IF this Caronavirus infect my son he would not servive this He was sentence 84 months not a death sentence I watch my son turn his life around as he grew older. He missed His fathers funeral and he probably miss mines where is the compassinate on humans life. The virus Covid 19 is growing in the facility where he is house At Harold sentence you said for Harold to remain in the metropolitan erea He all the way in Indiana Terre Haute care Level 3 for Asthma

I have not been able to visit my son he was sent too far away from his family I lost two member of my family from coronavirus. To me it seems like the compassionate release is for the Rich and white inmate only. The goverment need to identify medically vulnerable inmates such as those with Lung or Heart condition. Please understand my concern. Please reevaluate Harold medical condition.

Thank you
Renee Hill

Renee Hill
232 mount Baldy drive
Parkton NC 28371

Hon. Laura Taylor Swain
Daniel Patrick Moynihan United State
Courthouse 500 Pearl St
New York NY
10007-1312