UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-------------------------------------------------------x

UNITED STATES OF AMERICA

   -v-                                                                      No. 16-CR-397-LTS

HAROLD HILL,                                                    ORDER

        Defendant.

-------------------------------------------------------x

The Court has received Defendant Harold Hill's renewed motion for a reduction in sentence pursuant to 18 U.S.C. § 3582(c)(1)(A). The Government is directed to file its response to Mr. Hill's motion, which shall include any relevant BOP medical records reflecting events since May 2020, by **December 23, 2020**.[1] The Government may file under seal any medical records that are included in the response, and sensitive medical information may be redacted from the response that is filed on ECF. The Government shall file the unredacted originals, including exhibits, under seal, with a copy of this Order, in compliance with the Sealed Records Filing Instructions located on the Court's website, at https://www.nysd.uscourts.gov/programs/records/sealed. A complete, unredacted courtesy copy of the Government's response must be provided to Defendant and emailed to Chambers via SwainNYSDCorresp@nysd.uscourts.gov. The Government's response shall also address the status of Mr. Hill's schedule for early release to community supervision; Mr. Hill states in his renewed motion that he is scheduled to be released to community supervision on or about March 2, 2021.

---

[1] The Government submitted relevant BOP medical records of Mr. Hill's pre-dating May 2020 in connection with its opposition to Mr. Hill's prior motion for a reduction in sentence. (See Docket Entry No. 384.)

Mr. Hill's reply to the Government's response, if any, must be filed by **January 12, 2021.**

SO ORDERED.

Dated: New York, New York
December 14, 2020

/s/ Laura Taylor Swain
LAURA TAYLOR SWAIN
United States District Judge